**Fill in this information to identify the case:**

Debtor name ___Advance Transit Mix, Inc.___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF PENNSYLVANIA___

Case number (if known) ___25-12082___

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports this claim |
| | | | Do not deduct the value of collateral. | |

**2.1** Delaware County PA Tax Collector

Creditor's Name

Government Center, Ground Floor
201 W. Front Street
Media, PA 19063

Creditor's mailing address

Describe debtor's property that is subject to a lien — **$425,888.81** | **$0.00**

Creditor's email address, if known

Describe the lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2** Heidelberg Materials US, Inc.

Creditor's Name

Attn:   Blake Hall, 15th Floor
300 E. John Carpenter Freeway
Irving, TX 75062

Creditor's mailing address

Describe debtor's property that is subject to a lien — **$540,000.00** | **Unknown**
See attached depreciation schedule

Creditor's email address, if known

Describe the lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☒ No

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Advance Transit Mix, Inc.                                    Case number (if known)    25-12082
_____
Name

including this creditor and its relative    ☐ Unliquidated
priority.    ☐ Disputed

| 2.3 | On Deck Capitol | Describe debtor's property that is subject to a lien | $146,423.16 | $0.00 |

Creditor's Name
c/o Zwicker & Associates,
P.C.
80 Minuteman Road

Andover, MA 01810
Creditor's mailing address

**Describe the lien**
Loan
_____
**Is the creditor an insider or related party?**
☒ No
_____    ☐ Yes
Creditor's email address, if known    **Is anyone else liable on this claim?**
☒ No
**Date debt was incurred**    ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
☒ No    ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $1,112,311.97 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Stephen V. Bottiglieri, Esquire<br>Toscani, Stathes & Zoeller, LLC<br>400 Berwyn Park<br>899 Cassatt Road, Suite 320<br>Berwyn, PA 19312 | Line  2.1 | |