**Fill in this information to identify the case:**

Debtor name: Advance Transit Mix, Inc.

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known): 25-12082

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |                                                                                                                                                      |                                                                                                                                | Total claim  | Priority amount |
|-----|------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------------------------------------------------------------------------------------------------------------------|--------------|-----------------|
| 2.1 | **Priority creditor's name and mailing address**<br>Commonwealth of Pennsylvania<br>Bureau of Motor Vehicles<br>1101 South Front Street<br>Harrisburg, PA 17104-2516 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,056.00    | $2,056.00       |
|     | Date or dates debt was incurred                                                                                                                      | Basis for the claim:<br>Vehicle Registration                                                                                   |              |                 |
|     | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)                                       | Is the claim subject to offset?<br>☒ No<br>☐ Yes                                                                               |              |                 |
| 2.2 | **Priority creditor's name and mailing address**<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $26,490.79   | $26,490.79      |
|     | Date or dates debt was incurred<br>Tax Year August 31, 2016                                                                                          | Basis for the claim:<br>taxes                                                                                                  |              |                 |
|     | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)                                       | Is the claim subject to offset?<br>☒ No<br>☐ Yes                                                                               |              |                 |
| 2.3 | **Priority creditor's name and mailing address**<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $16,804.23   | $16,804.23      |
|     | Date or dates debt was incurred<br>Tax Year August 31, 2023                                                                                          | Basis for the claim:<br>taxes                                                                                                  |              |                 |
|     | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)                                       | Is the claim subject to offset?<br>☒ No<br>☐ Yes                                                                               |              |                 |

| Debtor | Advance Transit Mix, Inc. | Case number (if known) | 25-12082 |
|---|---|---|---|
| | Name | | |

### 2.4
**Priority creditor's name and mailing address**
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Date or dates debt was incurred**
P&I - 941, 1st Q2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
taxes

**Is the claim subject to offset?**
☒ No
☐ Yes

$510.02     $510.02

---

### 2.5
**Priority creditor's name and mailing address**
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Date or dates debt was incurred**
Delinquent Federal Taxes

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
taxes

**Is the claim subject to offset?**
☒ No
☐ Yes

$61,328.27     $61,328.27

---

### 2.6
**Priority creditor's name and mailing address**
Penn-Delco School District
Attn:   Tax Payments
P.O. Box 95000-2095
Philadelphia, PA 19195-2095

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Unknown     Unknown

---

### 2.7
**Priority creditor's name and mailing address**
Township of Darby
Darby Township Municipal Building
21 North Bartram Avenue

Glenolden, PA 19036

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Municipal Claim/Sewer

**Is the claim subject to offset?**
☒ No
☐ Yes

Unknown     Unknown

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | Advance Transit Mix, Inc. | Case number (if known) | 25-12082 |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address<br>AIS<br>c/o National Partners<br>2655 S. LeJuene<br>Suite 800<br>Miami, FL 33134 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $206,869.30 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>Anna Pachini<br>c/o Patrick T. Henigan, Esquire<br>300 W. State Street<br>Suite 300<br>Media, PA 19063 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $328,591.33 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address<br>Arrow<br>1772 Pulaski Highway<br>Bear, DE 19701 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,576.20 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address<br>Barsz Gowie Amon Fultz<br>c/o Peter Barsz<br>1400 N. Providence Road<br>Building 2, Suite 1040<br>Media, PA 19063 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $29,481.15 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address<br>Bob's Towing<br>P.O. Box 1619<br>Levittown, PA 19058-1619 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $787.50 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address<br>Brinker Simpson & Company, LLC<br>1400 N. Providence Road<br>Rosetree Building 2<br>Suite 2000E<br>Media, PA 19063 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20,895.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address<br>Catania Law Offices, LLC<br>20 W. Second Street<br>Media, PA 19063 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

Debtor: **Advance Transit Mix, Inc.**
Case number (if known): 25-12082

---

**3.8** Nonpriority creditor's name and mailing address
Cintas
P.O. Box 631025
Cincinnati, OH 45263-1025

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __
Basis for the claim: __
Is the claim subject to offset?  ☒ No  ☐ Yes

**$71.46**

---

**3.9** Nonpriority creditor's name and mailing address
EZ Pass Customer Service Center
300 E. Park Drive
#2729
Harrisburg, PA 17111

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __
Basis for the claim: __
Is the claim subject to offset?  ☒ No  ☐ Yes

**$2,577.25**

---

**3.10** Nonpriority creditor's name and mailing address
H. Gilroy Damon Associates, Inc.
Attn:  David P. Damon, PE, PLS, President
P.O. Box 1158
1343 Chester Pike
Sharon Hill, PA 19079

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __
Basis for the claim: __
Is the claim subject to offset?  ☒ No  ☐ Yes

**Unknown**

---

**3.11** Nonpriority creditor's name and mailing address
Heavy Duty Truck Pro
29787 Network Place
Chicago, IL 60673-1787

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number D007
Basis for the claim: __
Is the claim subject to offset?  ☒ No  ☐ Yes

**$7,842.11**

---

**3.12** Nonpriority creditor's name and mailing address
HMC Mixers
P.O. Box 499
Avilla, IN 46710

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __
Basis for the claim: __
Is the claim subject to offset?  ☒ No  ☐ Yes

**$1,744.44**

---

**3.13** Nonpriority creditor's name and mailing address
MacMain Leinhauser
Attn:  Brian H. Leinhauser, Partner
433 W. Market Street
Suite 200
West Chester, PA 19382

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __
Basis for the claim: __
Is the claim subject to offset?  ☒ No  ☐ Yes

**Unknown**

---

**3.14** Nonpriority creditor's name and mailing address
PA Turnpike Toll by Plate
P.O. Box 645631
Pittsburgh, PA 15264-5254

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __
Basis for the claim: __
Is the claim subject to offset?  ☒ No  ☐ Yes

**$345.50**

---

| Debtor | Advance Transit Mix, Inc. | Case number (if known) | 25-12082 |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address<br>Peter Manaras, Esquire<br>Giribaldi & Manaras<br>117-119 North Olive Street<br>Media, PA 19063 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address<br>Peter R. Barscz, CPA, CGMA<br>c/o Barsz Gowie Amon Fultz<br>Rose Tree II<br>1400 N. Providence Road<br>Building 2, Suite 1040<br>Media, PA 19063 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address<br>Philadelphia Parking Authority<br>Parking Violations Branch<br>P.O. Box 41819<br>Philadelphia, PA 19101 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,750.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address<br>Salerno Tire Corporation<br>1400 Calcon Hook Road<br>Sharon Hill, PA 19079 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,156.18 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address<br>Sorentino Express<br>46 Cedarbrook Lane<br>Cedarville, NJ 08311 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $679.32 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address<br>Suburban Propane<br>P.O. Box J<br>Whippany, NJ 07981-0409 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $106.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number  6075 | Basis for the claim: _<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address<br>T-Mobile<br>c/o AmSher Compassionate Collections<br>4524 Southlake Parkway #15<br>Hoover, AL 35244 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,035.90 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number  3739 | Basis for the claim: _<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

| Debtor | Advance Transit Mix, Inc. | Case number (if known) | 25-12082 |
|---|---|---|---|
| | Name | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $277.70 |
|---|---|---|---|
| | Waste Management<br>3605 Grays Ferry Avenue<br>Philadelphia, PA 19146 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Patrick T. Henigan, Esquire<br>Eckell, Sparks, Levy, Auerbach, Monte, Sloane,<br>Matthews & Auslander, P.C.<br>300 W. State Street, Suite 300<br>Media, PA 19063 | Line  3.2<br><br>☐ Not listed. Explain ____ | _ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 107,189.31 |
| 5b. Total claims from Part 2 | 5b. + | $ | 616,786.34 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 723,975.65 |